[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-17791
Non-Argument Calendar
_____

D.C. Docket No. 5:16-cr-00007-LGW-RSB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANK PRUITT,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(June 22, 2018)

Before WILLIAM PRYOR, BRANCH and FAY, Circuit Judges.

PER CURIAM:

Franklin David McCrea, appointed counsel for Frank Pruitt in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pruitt's conviction and sentence are **AFFIRMED**.